**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amanda Patrice Baldwin | Social Security number or ITIN   xxx–xx–0764 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Virginia | |
| Case number:   20–60836 | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amanda Patrice Baldwin

9/1/20                                                              **By the court:**   Rebecca B. Connelly
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Virginia

In re:                                                                 Case No. 20-60836-rbc
Amanda Patrice Baldwin                                                 Chapter 7
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0423-6           User: admin                 Page 1 of 2          Date Rcvd: Sep 01, 2020
                               Form ID: 318                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Amanda Patrice Baldwin,    PO Box 164,    Farmville, VA 23901-0164
4911273        +Angela Ward,    630 South Main Street,    Farmville, VA 23901-2140
4911274        +Ashton Square,    603 Westover Hills,    Richmond, VA 23225-4520
4911275        +Brentwood South Association LC,    149S. Barrington Ave,    Los Angeles, CA 90049-3310
4911277        +Centra Health,    2301 Langhorne Road,    Lynchburg, VA 24501-1546
4911278        +Centra Medical Group,    2010 Atherholt Road,    Lynchburg, VA 24501-1106
4911279        +Century Link,    555 Lake Border Dr #102-1037,    Apopka, FL 32703-5815
4911282        +Convergent,    PO Box 1022,    Wixom, MI 48393-1022
4911284        +Diversified Collection,    PO Box 9056,    Pleasanton, CA 94566-9056
4911285        +Dodson Pest Control,    PO Box 10249,    Lynchburg, VA 24506-0249
4911286        +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
4911289       #+Grace Care LLC,    PO Box 1570,    Prince Frederick, MD 20678-1570
4911290        +Henrico Area Mental Health,    10299 Woodman Rd,    Glen Allen, VA 23060-4419
4911293        +KLS Financial Services INC,    PO Box 565,    Morrisville, NC 27560-0565
4911298         Ortho Pros Express,    PO Box 602468,    Charlotte, NC 28260-2468
4911299        +Ortho Virginia,    2405 Atherholt Road,    Lynchburg, VA 24501-2184
4911300        +Prince Edward County Treasurer,    PO Box 522,    Farmville, VA 23901-0522
4911304       ++TOWN OF FARMVILLE,    PO DRAWER 368,    FARMVILLE VA 23901-0368
                (address filed with court: Town of Farmville,    Drawer 368,    Farmville, VA 23901)
4911306         Virginia Credit Union,    P. O. Box 11469,    Lynchburg, VA 24506-1469
4911307        +Weinstein Management Company Inc,    603 Westover Hills Blvd,    Richmond, VA 23225-4520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4911271        +EDI: AFNIRECOVERY.COM Sep 02 2020 03:33:00      Afni, Inc,    PO Box 3427,
                 Bloomington, IL 61702-3427
4911272        +EDI: GMACFS.COM Sep 02 2020 03:33:00      Ally Financial,    Attn: Bankruptcy,    PO Box 380901,
                 Bloomington, MN 55438-0901
4911280        +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 01 2020 23:40:39       CMC,    PO Box 16346,
                 Pittsburgh, PA 15242-0346
4911276        +E-mail/Text: bankruptcy@cavps.com Sep 01 2020 23:40:37      Cavalry SPV,    PO Box 520,
                 Valhalla, NY 10595-0520
4911281        +EDI: COMCASTCBLCENT Sep 02 2020 03:33:00      Comcast Cable,    PO Box 3006,
                 Southeastern, PA 19398-3006
4911283        +EDI: ESSL.COM Sep 02 2020 03:33:00      Dish Network,    9601 S. Meridian Blvd.,
                 Englewood, CO 80112-5905
4911287        +EDI: BLUESTEM Sep 02 2020 03:33:00      Fingerhut,    Attn: Bankruptcy,    PO Box 1250,
                 Saint Cloud, MN 56395-1250
4911288        +EDI: BLUESTEM Sep 02 2020 03:33:00      Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
4911291        +EDI: IRS.COM Sep 02 2020 03:33:00      Internal Revenue Service***,    P O Box 7346,
                 Philadelphia, PA 19101-7346
4911292        +EDI: CBSMASON Sep 02 2020 03:33:00      K. Jordan,    PO Box 2809,    Monroe, WI 53566-8009
4911294        +EDI: CBSMASON Sep 02 2020 03:33:00      Mason Easy Pay,    PO Box 2808,    Monroe, WI 53566-8008
4911295        +EDI: CBSMASON Sep 02 2020 03:33:00      Masseys,    128 W. River Street,
                 Chippewa Falls, WI 54729-2356
4911296         EDI: MID8.COM Sep 02 2020 03:33:00      Midland Credit Management,    PO Box 939019,
                 San Diego, CA 92193-9019
4911297         EDI: MID8.COM Sep 02 2020 03:33:00      Midland Funding LLC,    PO Box 939019,
                 San Diego, CA 92193-9019
4911301         E-mail/Text: bankruptcy@schewel.com Sep 01 2020 23:40:56      Schewel Furniture,
                 105 Meriwood Farm Rd,    Farmville, VA 23901
4911302        +EDI: SWCR.COM Sep 02 2020 03:33:00      Southwest Credit,    5910 West Plano PKWY Suite 100,
                 Plano, TX 75093-2202
4911303        +EDI: CBSMASON Sep 02 2020 03:33:00      Stoneberry,    1251 1st Ave.,
                 Chippewa Falls, WI 54729-1691
4911305        +E-mail/Text: bkr@taxva.com Sep 01 2020 23:40:48      Va Department Of Taxation*,
                 Taxing Authority Consulting Services, PC,    P O Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0423-6          User: admin              Page 2 of 2           Date Rcvd: Sep 01, 2020
                              Form ID: 318             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              David E. Wright    on behalf of Debtor Amanda Patrice Baldwin ecf@coxlawgroup.com,
               clgecf@gmail.com
              Heidi B. Shafer    on behalf of Debtor Amanda Patrice Baldwin ecf@coxlawgroup.com,
               clgecf@gmail.com
              Steven L Higgs(443448)    trustee@higgslawfirm.com,admin@higgslawfirm.com,  VA48@ecfcbis.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                        TOTAL: 4
```